UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| GALLARDO, JUAN JOSE | § | Case No. 10-49901 |
| GARCIA, ESTHER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE COURT
219 South Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 04/20/2012 in Courtroom 201,
United States Courthouse
57 North Ottawa Street
Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/19/2012                 By: CLERK OF THE COURT


*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| GALLARDO, JUAN JOSE | § | Case No. 10-49901 |
| GARCIA, ESTHER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 6,000.47 |
| and approved disbursements of | $ | 131.99 |
| leaving a balance on hand of[1] | $ | 5,868.48 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou, Trustee | $ 1,350.05 | $ 0.00 | $ 1,350.05 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 8.90 | $ 0.00 | $ 8.90 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,358.95 |
| Remaining Balance | $ 4,509.53 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 38,679.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | $ 5,885.10 | $ 0.00 | $ 686.13 |
| 2 | American Express Bank, FSB | $ 3,292.19 | $ 0.00 | $ 383.83 |
| 3 | PYOD LLC its successors and assigns as assignee of | $ 1,511.52 | $ 0.00 | $ 176.22 |
| 4 | PYOD LLC its successors and assigns as assignee of | $ 10,974.62 | $ 0.00 | $ 1,279.51 |
| 5 | PYOD LLC its successors and assigns as assignee of | $ 7,889.06 | $ 0.00 | $ 919.77 |
| 6 | Citibank, N.A. | $ 3,653.17 | $ 0.00 | $ 425.91 |
| 7 | FIA Card Services, NA/Bank of America | $ 5,473.64 | $ 0.00 | $ 638.16 |
| | Total to be paid to timely general unsecured creditors | | $ | 4,509.53 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Peter N. Metrou
Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (5/1/2011) *(Page: 4)*

```
                       United States Bankruptcy Court
                        Northern District of Illinois
```

In re:                                                    Case No. 10-49901-BWB
Juan Jose Gallardo                                        Chapter 7
Esther Garcia
       Debtors

## CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: vrowe                 Page 1 of 2                Date Rcvd: Mar 20, 2012
                              Form ID: pdf006             Total Noticed: 22
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2012.
db/jdb        +Juan Jose Gallardo,   Esther Garcia,   5932 S. Mayfield,   Chicago, IL 60638-3616
16392029      +AMEX,   Attn: Bankruptcy Dept.,   Po Box 297871,   Fort Lauderdale, FL 33329-7871
17156047       American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16392037      +Associated Radiologist of Joli,   Attn: Bankruptcy Dept.,   39069 Treasury Center,
                Chicago, IL 60694-9000
16392031      +Blitt and Gaines, PC,   Bankruptcy Department,   661 Glenn Ave.,   Wheeling, IL 60090-6017
16392033      +CHASE,   Attn: Bankruptcy Dept.,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
16392027      +CITI,   Attn: Bankruptcy Dept.,   Po Box 6241,   Sioux Falls, SD 57117-6241
17036012       Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
17313551      +Citibank South Dakota NA,   DBA,   4740 121st St,   Urbandale, IA 50323-2402
17621941      +Citibank, N.A.,   701 East 60th Street North,   Sioux Falls, SD 57104-0493
16392024      +Equifax,   Attn: Bankruptcy Dept.,   PO Box 740241,   Atlanta, GA 30374-0241
16392025      +Experian,   Attn: Bankruptcy Dept.,   PO Box 2002,   Allen, TX 75013-2002
16392023      +Harris N A,   Attn: Bankruptcy Dept.,   Po Box 94034,   Palatine, IL 60094-4034
16392022      +Ntlbk Sycmre,   Attn: Bankruptcy Dept.,   230 W State St,   Sycamore, IL 60178-1419
16392028      +Sears/CBSD,   Attn: Bankruptcy Dept.,   Po Box 6189,   Sioux Falls, SD 57117-6189
16392036      +Silver Cross Hospital,   Attn: Bankruptcy Department,   1200 Maple Rd,   Joliet, IL 60432-1497
16392035      +Southwest Cardiology Assoc.,   Attn: Bankruptcy Department,   2801 Black Street #105,
                Crest Hill, IL 60435-2702
16392026      +Transunion,   Attn: Bankruptcy Dept.,   PO Box 1000,   Chester, PA 19016-1000
16392030      +Will County Circuit Court,   Doc #10sc10421,   14 W. Jefferson St,   Joliet, IL 60432-4300
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16392020      +E-mail/Text: resurgentbknotifications@resurgent.com Mar 21 2012 01:36:17
                Chase WAMU Washington Mutual.,   C/O LVNV Funding LLC,   Po Box 740281,   Houston, TX 77274-0281
17404285       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 21 2012 02:55:58
                FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,   PO Box 248809,
                Oklahoma City, OK  73124-8809
17156280      +E-mail/Text: resurgentbknotifications@resurgent.com Mar 21 2012 01:36:17
                PYOD LLC its successors and assigns as assignee of,   Citibank, NA,
                c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16392034*     +CITI,   Attn: Bankruptcy Dept.,   Po Box 6241,   Sioux Falls, SD 57117-6241
16392021*     +Chase WAMU Washington Mutual.,   C/O LVNV Funding LLC,   Po Box 740281,   Houston, TX 77274-0281
16392032     ##+BANK OF America,   Attn: Bankruptcy Dept.,   Po Box 17054,   Wilmington, DE 19850-7054
                                                                                              TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 22, 2012**                    **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: vrowe              Page 2 of 2                  Date Rcvd: Mar 20, 2012
                              Form ID: pdf006          Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2012 at the address(es) listed below:

```
              Alex   Wilson    on behalf of Debtor Juan Gallardo ndil@geracilaw.com
              Dale A Riley    on behalf of Debtor Juan Gallardo ndil@geracilaw.com
              Dana N O'Brien    on behalf of Creditor  SunTrust Mortgage f/k/a Crestar Mortgage
               dobrien@atty-pierce.com,  northerndistrict@atty-pierce.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter N Metrou    met.trustee7@att.net,  met.trustee_backup@att.net,pnmlawyer@aol.com,
               pmetrou@ecf.epiqsystems.com
                                                                                             TOTAL: 5
```